

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE  ROBERT ALAN HARLESTON, JR.         CAUSE NUMBER WR-79,196-01

## ORDER

The above styled and numbered cause was before this Court in Cause No. 1205091-A from the 176th District Court of Harris County. On May 14, 2014, the Court issued an opinion denying relief. Accordingly, the following exhibit is ordered returned to the District Clerk of Harris County:

1.  Applicant's Exhibit #1 (a DVD)

IT IS SO ORDERED THIS THE 28th DAY OF MAY, 2015

PER CURIAM

EN BANC

DO NOT PUBLISH